**Donald Lee McLAUGHLIN, and all others similarly situation, Plaintiffs–Appellees,**

**v.**

**COUNTY OF RIVERSIDE and Cois Byrd as Sheriff and individually, Defendants–Appellants.**

**No. 89–55534.**

United States Court of Appeals, Ninth Circuit.

Sept. 5, 1991.

Before SCHROEDER and BEEZER, Circuit Judges, and KING,* District Judge.

Pursuant to the mandate of the United States Supreme Court in *County of Riverside v. McLaughlin*, —— U.S. ——, 111 S.Ct. 1661, 114 L.Ed.2d 49 (1991), the case is remanded to the district court for further proceedings consistent with the opinion of the United States Supreme Court.